# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | |
|---|---|
| JUDGE: D. GORDON BRYANT, JR. | |
| DEPUTY CLERK: ZZERTUCHE | COURT REPORTER/TAPE NO: FTR - DIGITAL |
| LAW CLERK: N/A | USPO/PTSO: EVANS |
| INTERPRETER: N/A | COURT TIME: 9 MINS |
| DIVISION HELD: Lubbock | DATE: Dec 21, 2022   TIME: 2:01-2:10 PM |

CR. NO. 5:22-MJ-147-BQ          DEFT 1

UNITED STATES OF AMERICA          §   JEFFREY HAAG                    , AUSA

V.

FREDERICK FRANCIS GOLTZ          §   MICHAEL KING                    R

DEFENDANT(S) NAME(S) AND NUMBER(S)    §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

**X** INITIAL APPEARANCE ___IDENTITY ___BOND HEARING ___PRELIMINARY HEARING
___DETENTION HEARING ___COUNSEL DETERMINATION HEARING ___REMOVAL HEARING ___EXTRADITION HEARING
___HEARING CONTINUED ON _____ CASE NO. _____ ___OTHER DISTRICT ___DIVISION
**X** DATE OF FEDERAL ARREST/CUSTODY: 12/20/2022 ___SURRENDER_____ ___RULE 5/32 ___APPEARED ON WRIT
**X** DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___PROBATION/SUPERVISED RELEASE VIOLATOR
___DEFT FIRST APPEARANCE WITH COUNSEL.
**X** DEFT ___MW (MATERIAL WITNESS) _____ APPEARED **X** WITH ___WITHOUT COUNSEL
___REQUESTS APPOINTED COUNSEL.
**X** FINANCIAL AFFIDAVIT EXECUTED.
___ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___PRIVATE COUNSEL APPOINTED _____
___DEFT HAS RETAINED COUNSEL _____
___ARRAIGNMENT SET _____   **X** DETENTION HEARING SET Friday, 12/23/22 at 9 am
**X** PRELIMINARY HEARING SET Friday, 12/23/22 at 9 am   ___BOND HEARING SET _____
___COUNSEL DETERMINATION HEARING SET _____
___IDENTITY/REMOVAL HEARING SET _____
___BOND ___SET ___REDUCED TO $ _____ ___CASH ___SURETY ___10% ___PR ___UNS ___3RD PTY ___MW
___NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
**X** ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ORDER OF DETENTION PENDING TRIAL ENTERED.
___DEFT ADVISED OF CONDITIONS OF RELEASE.
___BOND EXECUTED ___DEFT ___MW RELEASED ___STATE AUTHORITIES ___INS
**X** DEFT ___MW **X** REMANDED TO CUSTODY.
___DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___WAIVER OF ___PRELIMINARY HEARING ___RULE 5/32 HEARING ___DETENTION HEARING
___COURT FINDS PROBABLE CAUSE ___ID ___PC.
___DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
**X** ~~GOVERNMENT~~ DEFT ADVISED HAS THE RIGHT TO NOTIFY FOREIGN CONSULAR.(IF NOT A U.S. CITIZEN)

REMARKS: Attorney, M. King, advised the Court he is appearing with defendant as retained counsel.
FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.